

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CWE
F. #2021R01001

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2022

By Hand

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:    United States v. Anton Napolsky and Valeriia Ermakova
                           Docket No. 22-MJ-1139

Dear Judge Kuo:

          The government respectfully moves for an order unsealing the above-captioned
matter in its entirety.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                              By:    CHAND EDWARDS-   Digitally signed by CHAND
                                     BALFOUR     /s/  EDWARDS-BALFOUR
                                                      Date: 2022.11.15 17:14:10 -05'00'

                                        Chand W. Edwards-Balfour
                                        Assistant U.S. Attorney
                                        (718) 254-6238

Enclosure

cc:    Clerk of Court (by ECF)

CWE
F.# 2021R01001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

Anton Napolsky and
Valeriia Ermakova

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

22-MJ-1139

     Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorney Chand W. Edwards-Balfour, for an

order unsealing the above-captioned matter in its entirety.

     WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
          November 16_____, 2022


_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK