UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

Anton Napolsky et al.,

                Defendants.

-----------------------------------------------------------X

Case No. 22-cr-525

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

         Chand Warren Edwards-Balfour, Esq.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Anna V. Brown__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Brown Legal Consulting, LLC__ and a member in good standing of the bar(s) of the State(s) of __New Jersey and Pennsylvania__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendant Anton Napolsky__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 03/07/2023

Respectfully submitted,

*Anna V. Brown* (signature)

Signature of Movant  Anna V. Brown, Esq.
Firm Name Brown Legal Consulting, LLC
Address 10 Rittenhouse Rd.
Frenchtown, NJ 08825
Email anna@brownlegalconsulting.com
Phone (856) 357-4651