UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNTED STATES OF AMERICA,
                 Plaintiff(s),

v.

ANTON NAPOLSKY et al.,
                 Defendant(s).

22-CR-525

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, ANNA V. BROWN, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Brown Legal Consulting, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New Jersey and Pennsylvania.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: NJ 000442007; PA 204818
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 22-CR-525 for _____.

Date 3/8/2023
Hunterdon, NJ

Signature of Movant *Anna V. Brown* / Anna Brown
Firm Name BROWN LEGAL CONSULTING, LLC
Address 10 RITTENHOUSE RD
FRENCHTOWN, NJ 08825

Email anna@brownlegalconsulting.com
Phone 856-357-4651

**NOTARIZED**

TORI M BRENNER
Notary Public - State of New Jersey
My Commission Expires Jul 23, 2025